```
 1  LOURDES G. BAIRD
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ALVAN M. JOFFE
 4  ASSISTANT UNITED STATES ATTORNEY
        312 NORTH SPRING STREET
 5      LOS ANGELES, CA.  90012
        213-894-2470
 6  Attorneys for the Plaintiff
```

FILED
CLERK, U.S. DISTRICT COURT
APR 15 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR 15 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURT NO: CV 91A11887 |
| Plaintiff, ) | |
| v. ) | DEFAULT JUDGMENT |
| JIMMIE GILLETTE ) | |
| Defendant. ) | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JIMMIE GILLETTE the sum of $1,274.00 as principal, $415.80 as accrued prejudgment interest, $227.00 administrative charges, a surcharge of $195.23, and $35.50 costs for a total amount of $2,147.53, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: APR 1 5 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk